# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HARRIS,<br><br>             Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary, et al.,<br><br>             Respondents. | Case No.: 15-1794 GPC (PCL)<br><br>**ORDER SUA SPONTE SUBSITUTING RESPONDENT** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed at North Kern State Prison and thus named Kelly Santoro, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on October 17, 2016, it appears Petitioner is no longer housed at North Kern State Prison; rather, it appears he is presently incarcerated at Kern Valley State Prison in Delano, California.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court

hereby sua sponte **ORDERS** the substitution of Scott Kernan, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Kelly Santoro." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court will modify the docket to reflect "Scott Kernan, Secretary" as respondent in place of "Kelly Santoro."

**IT IS SO ORDERED.**

Dated: 11-1-2016

Peter C. Lewis
United States Magistrate Judge